November 26, 2018

Dear Judge John Adams,

I am writing to you on behalf of Allen Bernhardt who will be appearing in your your court on December 6, 2918 for his sentencing. I am his Aunt Karen and have been involved in his life since his birth. Allen was diagnosed as a preschooler with ADD issues for which he was on medication until the age of 18. When he reached legal age, he no longer wanted to take any medicine that made him feel "different."

Allen did graduate from Timken High School and has worked in several jobs and attended Stark State Community College for some beginning classes for his AA degree. He has no previous criminal record. So I am asking that you please consider that he admitted that he was wrong when I visited him on Thanksgiving. He knows he will serve time for his crime. In making your decision, I am asking that you please consider a sentence that would help him make the necessary changes to be the person he has the potential to be.

Sincerely Yours,
*Sister Karen Bernhardt HM*
Sister Karen Bernhardt HM

Untitled

To whom it may concern:

My brother is an idiot. He did a very stupid thing, but he is not a pervert. I am angry that he took a picture of my child from Facebook and shared it. Thank God nothing happened. My husband and I agree we do not want any more contact with him, but I don't think he deserves more than the minimum of what the law requires for his behavior, and I am fine with that.

Sincerely,

*Andrea Kennedy*
Andrea Kennedy

Untitled

11/24/18

Dear Sir:

I have been asked to write a letter regarding our son, Allen Bernhardt. I would like to provide some life history in this regard.

Allen grew up with severe ADHD. He was on Ritalin in grade school, and Concerta in high school, but for the 12 years since graduation has not had any medication. He is still very distractable. He had an IEP in both middle school and high school, the latter of little help as far as that goes.

Allen is now 30 years old, and his favorite things are video games, comic books, and movies. He has had maybe 5-6 jobs since high school. He has had 2 girlfriends, one who had an autistic son, and there were no problems between him and the boy. His main problem remains that of being socially inept and expressing discomfort such as confusion and embarrassment with anger, leading to the loss of jobs and relationships. He has had friends who have been able to help him a little with this, if they are present.

Although his intent appeared to be, as he says, to "troll the sick f*cks," he is neither a pedophile nor a child molester, and has passed the polygraph given by the FBI confirming this. One of his 'contacts' sent him a file of pictures of child pornography, which he had little to no interest in, but did not delete from his phone. Allen involved his sister by using a picture of his niece which he took from Facebook, and his sister was quite angry that he would share this with such people.

Allen behaved in a very stupid manner, playing games with bad people, and he broke the law; but we hope that the minimum punishment will be enough for his behavior.

Sincerely,

*[signature: Grace L Bernhardt]*

I have read the above and agree with what my wife has written.

*[signature: Scott Bernhardt]*